UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 11 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
LAVOR J. HARMON, ) **4:19CR00287 AGF/DDN**
)
Defendant. )

## INDICTMENT

### Count I

The Grand Jury charges that on or about November 7, 2018, in St. Charles County, State of Missouri in the Eastern District of Missouri, **LAVOR J. HARMON,** the Defendant herein, did knowingly and intentionally possess with intent to distribute more than 10 grams of a mixture or substance containing an analogue of Fentanyl in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN R. MANTOVANI, #50867MO
Assistant United States Attorney